## John Piff, Appellee, v. George P. Berresheim et al., Appellants.

### Gen. No. 44,463.

opinion filed May 18, 1949; rehearing denied June 15, 1949; released for publication June 17, 1949. John W. Dorgan and Hubbard, Baker & Rice, for appellants; Alvin G. Hubbard, of counsel; Edward H. S. Martin and James A. Morrison, for appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.